UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 19-cv-22228

ANN GUERRERO,

    Plaintiff,

v.

TOWER EIGHT STAFFING SOLUTIONS, INC.
d/b/a LABOR FOR HIRE
a Florida Profit Corporation, and
VERNON C. VOKUS, individually
MIRTO VIGOA, individually

    Defendant.
_____/

## **NOTICE OF FILING**

Plaintiff, ANN GUERRERO, by and through his undersigned counsel, hereby files the retainer agreement and her attorney's billing and cost records for purposes of the Court's telephonic fairness hearing set for Friday, December 13, 2019 at 10:30 a.m.[1]

Dated: December 10, 2019

                                                        Respectfully submitted,

                                                        /S/Peter M. Hoogerwoerd
                                                        Peter M. Hoogerwoerd, Esq.
                                                        Florida Bar No.: 188239
                                                        pmh@rgpattorneys.com
                                                        Nathaly Saavedra, Esq.
                                                        Florida Bar No.: 118315
                                                        ns@rgpattorneys.com

---

[1] This settlement is the result of a compromised claim; Plaintiff worked for Defendant as an "Office Manager." Defendants' First Affirmative Defense in this action is that the Plaintiff is exempt from overtime damages. A separate release has been agreed upon for non-FLSA (discrimination) claims, which is excluded from the Court's review of Plaintiff's FLSA claims. *See Mackenzie v. Kindred Hospitals East, L.L.C.*, 276 F.Supp.2d 1211, 1217 (M.D.Fla.2003) ("Lynn's Food Stores addresses judicial oversight of 'compromises' of FLSA claims.... There is no need for judicial scrutiny where, as here, the defendant represents that it has offered the plaintiff more than full relief, and the plaintiff has not disputed that representation." Costs in this action equate to $441 for filing fees. $37.00 for copies and postage; $222.00 for service of process for a total of $700.00.

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 10, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Respectfully submitted,

/S/Peter M. Hoogerwoerd, Esq.
Peter M. Hoogerwoerd, Esq.
Florida Bar No.: 188239
pmh@rgpattorneys.com
Nathaly Saavedra, Esq.
Florida Bar No.: 118315
ns@rgpattorneys.com
**REMER & GEORGES-PIERRE, PLLC**
44 West Flagler Street, Suite 2200
Miami, FL 33130
Telephone: (305) 416-5000
Facsimile: (305) 416-5005

## SERVICE LIST

Peter Michael Hoogerwoerd, Esq.
Florida Bar No.: 188239
Email: pmh@rgpattorneys.com
Nathaly Saavedra, Esq.
Florida Bar No.:118315
Email: ns@rgpattorneys.com
**REMER & GEORGES-PIERRE, PLLC**
44 West Flagler Street, Suite 2200
Miami, Florida 33130
Telephone: (305) 416-5000
Facsimile: (305) 416-5005
*Counsel for Plaintiff*

Served via transmission of Notices of
Electronic Filing generated by CM/ECF


RICHARD M. HANCHETT
Florida Bar No. 709212
Primary email: rhanchett@trenam.com
Secondary email: ac@trenam.com
Trenam, Kemker, Scharf, Barkin, Frye, O'Neill & Mullis, P.A.
Post Office Box 1102
Tampa, Florida 33601-1102
(813) 223-7474
(813) 229-6553 (facsimile)

Attorneys for Defendants
Served via transmission of Notices of
Electronic Filing generated by CM/ECF