| Sheet One | Description | Time (NS) | Rate | Total Billed |
|---|---|---|---|---|
| 10/30/2018 | Initial intake re: FLSA overtime wage claim | 1.0 | 250 | $ 250.00 |
| 5/3/2019 | Drafted and filed complaint as to FLSA Claims | 1.0 | 250 | $ 250.00 |
| 6/4/2019 | Received and reviewed Defendants' Notice of Appearance and Notice of Removal | 0.3 | 250 | $ 75.00 |
| 6/4/2019 | Review of Defendant Mirto Vigoa's Answer and Affirmative Defenses | 0.3 | 250 | $ 75.00 |
| 6/4/2019 | Review of Defendant Vernon Vokus' Answer and Affirmative Defenses | 0.3 | 250 | $ 75.00 |
| 6/4/2019 | Review of Defendant Tower Eight Staffing's Answer and Affirmative Defenses and Counterclaim | 0.7 | 250 | $ 175.00 |
| 6/11/2019 | Sent conferral email to OC re: Motion to Strike Defendants' affirmative Defenses | 0.4 | 250 | $ 100.00 |
| 6/17/2019 | Call with client re: status and counterclaim filed | 1.0 | 250 | $ 250.00 |
| 6/18/2019 | Reviewed and responded to Defendants' Response to conferral re: Motion to Strike Defendants' Affirmative Defenses | 0.3 | 250 | $ 75.00 |
| 6/18/2019 | Drafted Motion to Dismiss Tower Eight Staffing's counterclaim | 1.0 | 250 | $ 250.00 |
| 6/24/2019 | Email correspondence with OC re: conferral on Motion to Strike Defendants' Affirmative Defenses | 0.3 | 250 | $ 75.00 |
| 6/25/2019 | Drafted and filed Motion for extension of time to respond to or Strike Defendants' Affirmative Defenses | 0.4 | 250 | $ 100.00 |
| 6/25/2019 | Finalized and filed Plaintiff's Motion to Dismiss Counterclaim and proposed Order | 0.2 | 250 | $ 50.00 |
| 6/28/2019 | Review of Defendant Vernon Vokus' Amended Answer and Affirmative Defenses | 0.3 | 250 | $ 75.00 |
| 6/28/2019 | Review of Defendant Mirto Vigoa's Amended Answer and Affirmative Defenses | 0.3 | 250 | $ 75.00 |
| 6/28/2019 | Review of Defendant Tower Eight Staffing's Amended Answer and Affirmative Defenses and Counterclaim | 0.3 | 250 | $ 75.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 6/28/2019 | Review Certificate of Corporate Disclosure | 0.2 | 250 | $ 50.00 |
| 7/2/2019 | Review order re: Motion for Extension of time | 0.2 | 250 | $ 50.00 |
| 7/2/2019 | review email re: Defendant's conferral on Plaintiff's Motion to Dismiss counterclaim | 0.3 | 250 | $ 75.00 |
| 7/2/2019 | Review of Order re: Order of Referral and Court Practices regarding FLSA overtime wage claim | 0.2 | 250 | $ 50.00 |
| 7/8/2019 | review and responded to follow up email re: Defendant's conferral on Plaintiff's Motion to Dismiss counterclaim | 0.1 | 250 | $ 25.00 |
| 7/9/2019 | Review Defendant's Response to Plaintiff's Motion to Dismiss | 0.4 | 250 | $ 100.00 |
| 7/12/2019 | Coordinated case management conference pursuant to the Court's Order | 0.2 | 250 | $ 50.00 |
| 7/16/2019 | Drafted Reply to Defendant's Response to Plaintiff's Motion to Dismiss Counterclaim | 0.3 | 250 | $ 75.00 |
| 7/18/2019 | Conducted initial conference call with OC re: JSR | 0.4 | 250 | $ 100.00 |
| 7/18/2019 | Drafted and emailed proposed JSR to OC | 0.3 | 250 | $ 75.00 |
| 7/19/2019 | review Received OC's proposed changes to JSR | 0.2 | 250 | $ 50.00 |
| 7/22/2019 | Conducted additional conference with OC re: proposed JSR | 0.2 | 250 | $ 50.00 |
| 7/22/2019 | received and responded to emails to OC re: Finalized JSR | 0.2 | 250 | $ 50.00 |
| 7/22/2019 | Call with client re: Statement of Claim and Settlement regarding FLSA overtime wage claim | 0.5 | 250 | $ 125.00 |
| 7/23/2019 | Drafted and finalized Statement of Claim regarding FLSA overtime wage claim | 0.8 | 250 | $ 200.00 |
| 8/6/2019 | Review of Defendant's Response to Statement of Claim regarding FLSA overtime wage claim | 0.4 | 250 | $ 100.00 |
| 9/4/2019 | Review and scheduled of Scheduling Order | 0.3 | 250 | $ 75.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 9/4/2019 | Review and scheduled Order setting Motion to Dismiss for Hearing on Nov. 6, 2019 | 0.2 | 250 | $ 50.00 |
| 9/11/2019 | Sent Email to OC re: Mediator Selection | 0.1 | 250 | $ 25.00 |
| 9/4/2019 | Review Defendants' settlement offer | 0.1 | 250 | $ 25.00 |
| 9/17/2019 | call with Client re: settlement communications | 0.3 | 250 | $ 75.00 |
| 9/17/2019 | Drafted and filed notice of Mediator Selection | 0.2 | 250 | $ 50.00 |
| 9/19/2019 | Call to OC re: settlement communications | 0.2 | 250 | $ 50.00 |
| 9/6/2019 | Drafted and served Discovery requests to Defendant | 1.8 | 250 | $ 450.00 |
| 9/23/2019 | reviewed and replied to email Communications re: settlement | 0.2 | 250 | $ 50.00 |
| 9/23/2019 | Call with Client re: Settlement offer | 0.2 | 250 | $ 50.00 |
| 10/11/2019 | Review of proposed settlement agreement | 0.4 | 250 | $ 100.00 |
| 10/16/2019 | call and email with client to review proposed settlement agreement | 1.0 | 250 | $ 250.00 |
| 10/18/2019 | Drafted and filed notice of settlement | 0.2 | 250 | $ 50.00 |
| 10/18/2019 | Sent executed settlement paperwork to counsel | 0.2 | 250 | $ 50.00 |
| 10/25/2019 | Review of Drafted Motion and proposed Order to approve settlement agreement | 0.4 | 250 | $ 100.00 |
| 10/30/2019 | Review of Order administratively closing case | 0.1 | 250 | $ 25.00 |
| 10/30/2019 | Communications with OC re: Order and need to file a renewed Motion to approve | 0.2 | 250 | $ 50.00 |
| 11/1/2019 | Review of Order referring Motion to Magistrate | 0.1 | 250 | $ 25.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 11/26/2019 | Review of Order re: Fairness Hearing | 0.1 | 250 | $25.00 |
| | | 19.3 | 250 | $4,825.00 |